IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DONALD F. KING, TRUSTEE, )
)
    Plaintiff, )
)
v. )   Case No. 1:21-cv-01365 (PTG/IDD)
)
EMERI M. JOHNSON, *et al.*, )
)
    Defendants. )

## ORDER

This matter comes before the Court on Defendants' Motion to Permit Interlocutory Appeal (Dkt. 1). For the reasons stated from the bench, it is hereby

ORDERED that the Motion (Dkt. 1) is DENIED.

/s/
Patricia Tolliver Giles
United States District Judge

Entered this 27th day of January, 2022.