UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| JEROME ALAN JOHNSON and ) | Case No. 19-12437-BFK |
| MICHELE ANITA JOHNSON, ) | Chapter 7 |
| ) | |
| Debtor(s). ) | |
| ) | |
| DONALD F. KING, ) | |
| as Chapter 7 Trustee, ) | Adversary Proceeding |
| ) | No. 21-01046-BFK |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MARY ELLA JOHNSON, ) | |
| EMERI M. JOHNSON, ) | |
| GABRIELLE A. JOHNSON, and ) | |
| LEGACY WEALTH PROPERTIES, LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER DENYING PLAINTIFF'S
MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

This matter comes before the Court on the Plaintiff's Motion for Leave to file a Second Amended Complaint. (Docket No. 71). For the reasons stated below, the Court will deny the Motion.

Under Bankruptcy Rule 7015 (incorporating Federal Rule of Civil Procedure 15), leave to amend a complaint shall be liberally granted. Fed. R. Civ. P. 15(a)(2). Leave to amend should be granted unless there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the

1

opposing party by virtue of allowance of the amendment, [or] futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

The Plaintiff filed this adversary proceeding on July 22, 2021. (Docket No. 1). Discovery has been extended, and the final pre-trial conference has been continued, twice now. (Docket Nos. 34, 65). The final pre-trial conference is set for June 6, 2022. If the Court were to allow the Second Amended Complaint, it would have to continue the final pre-trial conference a third time, and allow another three or four months for discovery for the new Defendant. The Court is not suggesting that the Trustee has been dilatory here. Rather, the Court has no confidence that the eventual setting of a trial won't be delayed by further transfers of the property.

The Court, therefore, will deny the Motion. The Trustee is free to file a separate adversary proceeding with respect to the latest transfer of the property.

It is therefore **ORDERED**:

A. The Plaintiff's Motion for Leave to file a Second Amended Complaint (Docket No. 71) is denied.

B. The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the parties below.

Date: May 18 2022

Alexandria, Virginia

/s/ Brian F Kenney

The Honorable Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: May 18 2022

Copies to:

Donald F. King, Esquire
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Plaintiff-Chapter 7 Trustee*

Bradley D. Jones, Esquire
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Counsel for Plaintiff*

Mary Ella Johnson
8815 Colemans Lake Rd.
Ford, VA 23850
*Pro Se Defendant*

Emeri M. Johnson
15338 Colonel Tansill Ct.
Woodbridge, VA 22193
*Defendant*

Gabrielle A. Johnson
15338 Colonel Tansill Ct.
Woodbridge, VA 22193
*Defendant*

Legacy Wealth Properties, LLC
15338 Colonel Tansill Ct.
Woodbridge, VA 22193
*Defendant*

Craig M. Palik, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
*Counsel for Defendants*

Thuc-Doan Tran Phan, Esquire
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
*Counsel for Defendants*