**EXHIBIT 3**



# Commonwealth of Virginia

## STATE CORPORATION COMMISSION

*Richmond, August 31, 2015*

*This is to certify that the certificate of organization of*

Legacy Wealth Properties LLC

*was this day issued and admitted to record in this office and that the said limited liability company is authorized to transact its business subject to all Virginia laws applicable to the company and its business. Effective date:* August 31, 2015

*State Corporation Commission*
*Attest:*



*Joel H. Peck*
*Clerk of the Commission*

CISECOM

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Office of the Clerk

August 31, 2015

JEROME JOHNSON
15338 COLONEL TANSILL COURT
WOODBRIDGE, VA 22193

**RECEIPT**

RE: Legacy Wealth Properties LLC

ID: S5766268

DCN: 15-08-31-7023

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is August 31, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, AUGUST 31, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

**Legacy Wealth Properties LLC**

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

## CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective August 31, 2015.

STATE CORPORATION COMMISSION

By

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
15-08-31-7023

# ARTICLES OF ORGANIZATION
## OF
## LEGACY WEALTH PROPERTIES LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the limited liability company is Legacy Wealth Properties LLC.

2. The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3. The name of the limited liability company's initial registered agent is Jerome Johnson. The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4. The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 15338 Colonel Tansill Court, Woodbridge, VA 22193. The initial registered office is located in Prince William County, Virginia.

5. The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 15338 Colonel Tansill Court, Woodbridge, VA 22193.

ORGANIZER:

/s/    Todd A. Pilot, Esquire    Date: August 31, 2015
Todd A. Pilot, Esquire