**EXHIBIT 4**

Craig M. Palik, Esquire VSB #45728
Thuc-Doan Phan, Esquire VSB #92462
McNamee Hosea, et al.
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com
dphan@mhlawyers.com
*Counsel to Defendants Emeri M. Johnson,*
*Gabrielle A. Johnson, Mary Ella Johnson, and Legacy Wealth Properties, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JEROME ALAN JOHNSON and | ) | |
| MICHELE ANITA JOHNSON, | ) | Case No. 19-12437-BFK |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| DONALD F. KING, TRUSTEE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 21-01046-BFK |
| | ) | |
| MARY ELLA JOHNSON, | ) | |
| | ) | |
| EMERI M. JOHNSON, | ) | |
| | ) | |
| GABRIELLE A. JOHNSON and | ) | |
| | ) | |
| LEGACY WEALTH PROPERTIES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSES TO
## PLAINTIFF'S FIRST REQUESTS FOR ADMISSION

To: BRADLEY D. JONES
 Counsel for Donald F. King Trustee, Plaintiff
 ODIN, FELDMAN & PITTLEMAN, P.C.
 1775 Wiehle Avenue, Suite 400

1

  Reston, Virginia 20190
  Phone: 703-218-2176
  Fax: 703-218-2160
  Brad.Jones@ofplaw.com

From: Emeri M. Johnson, Gabrielle A. Johnson,
  and Legacy Wealth Properties, LLC
  c/o Craig M. Palik, Esq.
  McNamee Hosea
  6411 Ivy Lane, Suite 200
  Greenbelt, MD 20770

  Pursuant to Federal Rule of Civil Procedure 36 and Federal Rule of Bankruptcy Procedure 7036 and Local Rule 7026-1(B), Emeri M. Johnson, Gabrielle A. Johnson, and Legacy Wealth Properties, LLC (the "Defendants") answer Plaintiff's First Requests for Admission (the Discovery Requests and each request therein a "Request") propounded by Donald F. King, Chapter 7 Trustee ("Plaintiff" or "Trustee") for the bankruptcy estate of Jerome A. Johnson and Michele A. Johnson, Case No. 19-12437-BFK.  The objections previously asserted by Defendants to these Requests for Admission are preserved.  Without waiving any objection, Defendants respond as follows:

## DEFENDANTS' ANSWER TO ADMISSIONS

  1. Admit that the Debtors were insolvent at all times from October 2016 to present.

  **Response:** Defendants do not know if from October 2016 to present the Debtors were insolvent, but they are aware that financial issues caused the Debtors to file bankruptcy.

  2. Admit that the Deed of Gift dated March 8, 2005 and attached to these requests for admission as **Exhibit A** is authentic.

  **Response:** Defendants are not familiar with the document and do not remember seeing this document.

  3. Admit that the Deed of Gift dated June 25, 2013 and attached to these requests for admission as **Exhibit B** is authentic.

2

**Response:**   Defendants are not familiar with the document and do not remember seeing this document.

4.   Admit that the Deed of Gift dated September 12, 2015 and attached to these requests for admission as **Exhibit C** is authentic.

**Response:**   Defendants admit that the document at **Exhibit C** is authentic.

5.   Admit that the Consent to Action by Members without a Meeting attached as to these requests for admission as **Exhibit D** is authentic.

**Response:**   Defendants admit that the document at **Exhibit D** is authentic.

6.   Admit that the Gift Deed executed on July 28, 2021 and the Correction Gift Deed executed on July 28, 2021 attached to these requests for admission as **Exhibit E** are authentic.

**Response:**   Defendants admit that the documents at **Exhibit E** are authentic.

7.   Admit that the Operating Agreement for Legacy Wealth Properties, LLC, attached to as an Exhibit to the motion to dismiss filed by the Defendants in the Adversary Proceeding is authentic.

**Response:**   Defendants admit that the Operating Agreement attached by the Defendants to the motion to dismiss filed in this adversary is authentic.

8.   Admit that at the time Legacy Wealth Properties, LLC purportedly transferred the Colemans Lake Property to Mary Ella Johnson on July 28, 2021, Legacy Wealth Properties, LLC was a defendant in an adversary proceeding filed by Donald F. King, Trustee.

**Response:**   Defendants admit that Legacy Wealth was a defendant in this adversary proceeding at the time that the gift deed was executed on July 28, 2021.

9. Admit that the Debtor Jerome Johnson had no authority to act as Managing Member of Legacy Wealth Properties, LLC on July 28, 2021 because he had been dissociated from Legacy Wealth Properties, LLC by virtue of his bankruptcy filing.

**Response:** Defendants admit that the Debtor Jerome Johnson was in bankruptcy at the time the gift deed was executed on July 28, 2021. Defendants also state that the gift deed was executed with knowledge and approval by all members of Legacy Wealth Properties, LLC as it was the collective believe that the gift deed was a continuation of the members' actions to transfer the property back to Mary Ella Johnson in 2016.

10. Admit that the Debtor Jerome Johnson did not have authority to execute either the July 28, 2021 Gift Deed or Corrected Gift Deed (attached as Exhibit E) on behalf of Legacy Wealth Properties, LLC.

**Response:** Defendants believed that at the time, Jerome Johnson had the authority to execute the July 28, 2021 gift deeds.

11. Admit that any transfer of the Colemans Lake Property to Mary Ella Johnson by the gift deed and/or corrected gift deed executed on July 28, 2021 was not made for any consideration.

**Response:** Defendants admit that the transfer was not made for monetary consideration. However, Defendants maintain that they and the Debtors have always believed that the Colemans Lake Property always belonged to Mary Ella Johnson.

12. Admit that the IRS proof of claim, filed as Claim 7-2 in the above-captioned bankruptcy case of Jerome Alan Johnson and Michele Anita Johnson is authentic.

**Response:** Defendants do not have the knowledge to know whether the IRS proof of claim filed in the bankruptcy case of the Debtors is authentic.

13. Admit that the IRS proof of claim, filed as Claim 7-2 in the above-captioned bankruptcy case of Jerome Alan Johnson and Michele Anita Johnson accurately reflects the tax debt owed to the IRS for the tax years reflected on the IRS's proof of claim.

4

**Response:**    Defendants do not have the knowledge to know whether the IRS proof of claim filed in the bankruptcy case of the Debtors is authentic.

14.    Admit that there was no business purpose for the execution of the July 28, 2021 Gift Deed and Correction Gift Deed executed on July 28, 2021 attached to these requests for admission as **Exhibit E**.

**Response:**    The Defendants deny this statement. The Defendants believed that the July 28, 2021 gift deed, at that time, was the proper way to finalize the Consent to Action by Members Without a Meeting signed in 2016.

15.    Admit that the purpose of the July 28, 2021 Gift Deed and Correction Gift Deed executed on July 28, 201 and attached to these requests for admission as **Exhibit E** was to hinder, delay, or defraud creditors of the Debtors and/or Legacy Wealth Properties, LLC.

**Response:**    Defendants deny this statement.

16.    Admit that the purpose of the Consent to Action by Members without a Meeting attached as **Exhibit D** was to hinder, delay of defraud creditors of the Debtors and/or Legacy Wealth Properties, LLC

**Response:**    Defendants deny this statement.

Dated: February 23, 2022                    Respectfully submitted,

/s/ Craig M. Palik

_____
Craig Palik, (VSB # 45728)
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 207770
(301) 441-2420  (Telephone)
(301 982 9450  (Fax)
cpalik@mhlawyers.com

*Counsel for Emeri M. Johnson, Gabrielle A. Johnson, Mary Ella Johnson, and Legacy Wealth Properties, LLC*

5

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date the foregoing Objections to Plaintiff's First Requests for Admission was served electronically on all parties or counsel of record entitled to notice, and in addition, by regular first class mail, postage pre-paid, on:

BRADLEY D. JONES
Counsel for Donald F. King Trustee, Plaintiff
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone: 703-218-2176
Fax: 703-218-2160
Brad.Jones@ofplaw.com

Date: February 23, 2022

/s/ Craig M. Palik
_____
Craig M. Palik