EXHIBIT 10

# Amarisearch, Inc

RM

4085 Chain Bridge Road, Suite G5, Fairfax VA 22030
PHONE: (703)267-6827  FAX: (703)267-6825

|  | 40 Year ▼ |  |
|---|---|---|

FEE SIMPLE TITLE IN:    Ramona Johnson-Howard
And being: CORR @ 2021002886; 2021002876; 15-2608; 13-2234; 05-1002; 154/87;

|  | No marital status given ▼ |
|---|---|

BY BOOK/PAGE: _____  INSTRUMENT#: ___2021003871___  REC.DATE: ___10/8/2021___

LEGAL DESCRIPTION:    Containing 13.3 acres, +/-

| AMONG THE LAND RECORDS OF THE | County of ▼ | Dinwiddie ▼ | , Virginia. |
|---|---|---|---|
| TAXES FOR THE JURISDICTION | County of ▼ | Dinwiddie ▼ | , Virginia. |

TAX ID#    29 39                              Paid Thru: Second 1/2 2021

Town Tax _____         Paid Thru: _____

TRUSTS:    1. None Open- Please Confirm    (            )
          2. _____    (            )
          3. _____    (            )
          4. _____    (            )
          5. _____    (            )

JUDGMENTS:    (ran for 20 years)
OTHER LIENS:    None
RESTRICTIONS:    None during search period
        ASSESSMENTS: _____    EASEMENTS: _____
        PARTYWALLS: _____    OTHER: _____
EASEMENTS/RIGHTS OF WAY:    None during search period

AS PER RECORDED PLAT:    Plat attached
BRL:
OBJECTIONS AND/OR EXAMINER NOTES:    1. Michele Anita Johnson does not appear to have been in
title but appears clear in JDs. 2. Doc @ 155/387 is provided only to show an apparent attempt at subdivising 1 Ac off
from main tract, however, this separation is not reflected in newer documents, not reflected by assessments/GIS, and
the entire 13.3 Ac Parcel was run for the entire search period
NAMES RAN: Ramona Johnson-Howard; Ramona Johnson; Ramona Howard; Mary Johnson;
Legacy Wealth Properties, LLC; Thomas Johnson;

CLIENT CASE#: 1563009

DATED THIS    25th           DAY OF  January _____    , 2022 AT 8:00 A.M.

This report of title neither guarantees the state of title, nor constitutes a commitment to issue said title.
This report of title is neither transferable nor assignable, and is issued for the sole use and benefit of
_____Stewart Title_____ . And is
effective for ninety (90) days after date. This report of title makes no certification as to real estate and water taxes. This search
can not be held responsible for clerk or court error in indexing.

**TYLER M. CHRISTIAN**
**TITLE SEARCH COORDINATOR/TITLE OFFICER**

**STEWART LAND TITLE SERVICES, LLC**
**DIRECT DIAL 804-668-7423**
**WWW.STEWART.COM/Tyler.Christian@stewart.com**



This electronic message and any attachments contain information that may be of a confidential nature. If you are not the intended recipient, please do not disclose, copy or distribute this information. Also, please notify the sender immediately by return electronic e-mail or by telephone at 804-897-0000 and destroy the message and its attachments. Thank you.

1

2021003871

For information only - not a part of the following Deed:

| | |
|---|---|
| Consideration:  GIFT | Exempt from recording tax: §58.1-811(D) |
| Tax Map #:  29-39 | Title searched by deed preparer? *NO* |
| Document Prepared by: | Title search/Title Insurance Information: |
| John B. Chappell, Esq., VSB# 15742 | *None Known* |
| Post Office Box 3 | Grantee Address: |
| Dinwiddie, Virginia 23841 | *4600 White Stone DR* |
| Return document to: | *N. Chesterfield VA* |
| | *23234* |

## GIFT DEED

THIS DEED OF GIFT is made as of _October 6th_, 2021, by and

between MARY E. JOHNSON, unmarried, party of the first part, Grantor, and RAMONA

JOHNSON-HOWARD, party of the second part, Grantee,

WITNESSETH:

That for and in consideration of the sum of one dollar and other valuable consideration,

including the desire by the Grantor to make a gift to the Grantee, the said Grantor does hereby

give, grant, and convey, with GENERAL WARRANTY and ENGLISH COVENANTS of title,

unto the said RAMONA JOHNSON-HOWARD, party of the second part, Grantee, the following

property, to-wit:

THE PROPERTY DESCRIBED IN SCHEDULE A ATTACHED.

This conveyance is made subject to all easements, restrictions and conditions of record to

the extent that they may lawfully apply.

2

WITNESS the following signatures and seals.

*Mary E. Johnson* (SEAL)

MARY E. JOHNSON

> **DENISE I SCRIBNER**
> NOTARY PUBLIC
> COMMONWEALTH OF VIRGINIA
> MY COMMISSION EXPIRES SEPT. 30, 2025
> COMMISSION # 7034190

STATE OF Virginia,
City/County of Chesterfield, to-wit:

The foregoing instrument was acknowledged before me this 6 day of October, 2021
by MARY E. JOHNSON.

_____
Notary Public
*Registration #* 7034190
My commission expires: Sept 30, 2025.

*AFFIX NOTARY SEAL HERE*

3

**SCHEDULE A**

ALL that certain lot of land, piece, or parcel of land with all improvements thereon belonging, lying and being situated in Namozine District, Dinwiddie County, Virginia, containing thirteen and three-tenths (13.3) acres, more or less, by actual survey, as shown on a certain map of the same and other land, made by W. G. Chappell, C.L.S., Dinwiddie, Virginia, dated November 16, 1960, (Revised August 8, 1961, to show Part "C" and August 12, 1964, to show Part "D", according to the legend on said map), which map is attached to and made a part of a deed from Darcy P. Grigg and Mary L. Grigg, his wife, to William W. Gilliam, dated September 21, 1964, recorded April 8, 1966, Clerk's Office, Circuit Court, County of Dinwiddie, Virginia, in Deed Book 127, page 152 and to which map reference is hereby made for a more particular metes and bounds description of said property; the said lot, tract, piece or parcel of land being designated on said map as the "Remainder 13.3 acres, more or less" and being a part of the Pick Pocket Tract and being bounded and described on said map as follows: On the North by land designated on said map as "Part 2" of Part D; on the East by certain land of Maude H. Mallory, on the South by certain land designated as "Part A" and on the West by Virginia State Highway No. 624. Generally known as Colemans Lake Road and/or South Street, formerly known and designated as Mill Road.

BEING the same property conveyed to Mary E. Johnson by deed from Legacy Wealth Properties, LLC, dated July 28, 2021, recorded as Instrument 2021002886.

INSTRUMENT 202103871
RECORDED IN THE CLERK'S OFFICE OF
DINWIDDIE CIRCUIT COURT ON
OCTOBER 8, 2021 AT 02:29 PM
J. BARRETT CHAPPELL, JR., CLERK
RECORDED BY: PMG

1                         2021002886

For information only - not a part of the following Deed:

| | |
|---|---|
| Consideration:  GIFT | Exempt from recording tax: §58.1-811(D) |
| Tax Map #:  29-39 | Title searched by deed preparer?  No |
| Document Prepared by: | Title search/Title Insurance Information: |
| John B. Chappell, Esq., VSB# 15742 | none known |
| Post Office Box 3 | Grantee Address: |
| Dinwiddie, Virginia  23841 | 4600 Whitestone Drive |
| Return document to: | N. Chesterfield, Virginia 23434 |

## CORRECTION GIFT DEED

THIS CORRECTION DEED OF GIFT is made as of July 28, 2021

2021, by and between LEGACY WEALTH PROPERTIES, LLC, party of the first part, Grantor, and MARY E. JOHNSON, party of the second part, Grantee,

WHEREAS, by deed dated July 28, 2021, recorded as Instrument # 21 - 002876, the Grantor hereto conveyed to the Grantee hereto, but whereby the name of the Grantee in the granting paragraph was set out as "Mary E. Washington" whether than MARY E. JOHNSON. The parties desire to correct this mistake and state this deed sets out the true intention of the parties. Now therefore this deed

WITNESSETH:

That for and in consideration of the sum of one dollar and other valuable consideration, including the desire by the Grantor to make a gift to the Grantee, the said Grantor does hereby give, grant, and convey, with GENERAL WARRANTY and ENGLISH COVENANTS of title, unto the said MARY E. JOHNSON, party of the second part, Grantee, the following property, to-wit:

THE PROPERTY DESCRIBED IN SCHEDULE A ATTACHED.

This conveyance is made subject to all easements, restrictions, and conditions of record to the extent that they may lawfully apply.

2

This deed is made pursuant to consent of all members of the LLC, by action taken October

29, 2016. The manager of the LLC is acting with proper authority.

WITNESS the following signatures and seals.

LEGACY WEALTH PROPERTIES, LLC

BY: _____ (SEAL)
JEROME A. JOHNSON, Managing Member

STATE OF VIRGINIA,
City/County of _____, to-wit:

The foregoing instrument was acknowledged before me this 28 day of July,
2021 by JEROME A. JOHNSON, Managing Member of LEGACY WEALTH PROPERTIES,
LLC, on behalf of the LLC

_____
Notary Public
Registration # 117723
My commission expires: 6/30/24

John B. Chappell
Commonwealth of Virginia
Notary Public
Commission No. 117723
My Commission Expires 6/30/2024

*AFFIX NOTARY SEAL HERE*

## SCHEDULE A

ALL that certain lot of land, piece, or parcel of land with all improvements thereon belonging, lying and being situated in Namozine District, Dinwiddie County, Virginia, containing thirteen and three-tenths (13.3) acres, more or less, by actual survey, as shown on a certain map of the same and other land, made by W. G. Chappell, C.L.S., Dinwiddie, Virginia, dated November 16, 1960, (Revised August 8, 1961, to show Part "C" and August 12, 1964, to show Part "D", according to the legend on said map), which map is attached to and made a part of a deed from Darcy P. Grigg and Mary L. Grigg, his wife, to William W. Gilliam, dated September 21, 1964, recorded April 8, 1966, Clerk's Office, Circuit Court, County of Dinwiddie, Virginia, in Deed Book 127, page 152 and to which map reference is hereby made for a more particular metes and bounds description of said property; the said lot, tract, piece or parcel of land being designated on said map as the "Remainder 13.3 acres, more or less" and being a part of the Pick Pocket Tract and being bounded and described on said map as follows: On the North by land designated on said map as "Part 2" of Part D; on the East by certain land of Maude H. Mallory, on the South by certain land designated as "Part A" and on the West by Virginia State Highway No. 624. Generally known as Colemans Lake Road and/or South Street, formerly known and designated as Mill Road.

BEING the same real estate conveyed to Legacy Wealth Properties, LLC by Deed of Gift from Mary E. Johnson, widow, and Ramona Johnson Howard, dated September 12, 2015, recorded as Instrument #15000002609.

INSTRUMENT 202102886
RECORDED IN THE CLERK'S OFFICE OF
DINWIDDIE CIRCUIT COURT ON
JULY 28, 2021 AT 03:31 PM
J. BARRETT CHAPPELL, JR., CLERK
RECORDED BY: DAJ

1                    2021002876

For information only – not a part of the following Deed:

Consideration:  GIFT                  Exempt from recording tax: §58.1-811(D)
Tax Map #: _____29-39_____            Title searched by deed preparer? *NO*
Document Prepared by:                 Title search/Title Insurance Information:
John B. Chappell, Esq., VSB# 15742    _____None Known_____
Post Office Box 3                     Grantee Address:
Dinwiddie, Virginia  23841            _____4600 whitestone DR_____
Return document to:                   _____N. Chesterfield Va 23434_____
_____Grantee_____

## GIFT DEED

THIS DEED OF GIFT is made as of _July_           _28_ ; 2021, by and between

LEGACY WEALTH PROPERTIES, LLC, party of the first part, Grantor, and MARY E.

JOHNSON, party of the second part, Grantee,

WITNESSETH:

That for and in consideration of the sum of one dollar and other valuable consideration,

including the desire by the Grantor to make a gift to the Grantee, the said Grantor does hereby give,

grant, and convey, with GENERAL WARRANTY and ENGLISH COVENANTS of title, unto the

said MARY E. WASHINGTON, party of the second part, Grantee, the following property, to-wit:

THE PROPERTY DESCRIBED IN SCHEDULE A ATTACHED.

This conveyance is made subject to all easements, restrictions, and conditions of record to

the extent that they may lawfully apply.

This deed is made pursuant to consent of all members of the LLC, by action taken October

29, 2016. The manager of the LLC is acting with proper authority.

2

WITNESS the following signatures and seals.

LEGACY WEALTH PROPERTIES, LLC

BY: _____ (SEAL)
JEROME A. JOHNSON, Managing Member


STATE OF VIRGINIA,
City/County of _____, to-wit:


The foregoing instrument was acknowledged before me this 28 day of July,
2021 by JEROME A. JOHNSON, Managing Member of LEGACY WEALTH PROPERTIES,
LLC, on behalf of the LLC

_____
Notary Public
*Registration #* _____117723_____
My commission expires: __6/30/24__

John B. Chappell
Commonwealth of Virginia
Notary Public
Commission No. 117723
My Commission Expires 6/30/2024


*AFFIX NOTARY SEAL HERE*

## SCHEDULE A

ALL that certain lot of land, piece, or parcel of land with all improvements thereon belonging, lying and being situated in Namozine District, Dinwiddie County, Virginia, containing thirteen and three-tenths (13.3) acres, more or less, by actual survey, as shown on a certain map of the same and other land, made by W. G. Chappell, C.L.S., Dinwiddie, Virginia, dated November 16, 1960, (Revised August 8, 1961, to show Part "C" and August 12, 1964, to show Part "D", according to the legend on said map), which map is attached to and made a part of a deed from Darcy P. Grigg and Mary L. Grigg, his wife, to William W. Gilliam, dated September 21, 1964, recorded April 8, 1966, Clerk's Office, Circuit Court, County of Dinwiddie, Virginia, in Deed Book 127, page 152 and to which map reference is hereby made for a more particular metes and bounds description of said property; the said lot, tract, piece or parcel of land being designated on said map as the "Remainder 13.3 acres, more or less" and being a part of the Pick Pocket Tract and being bounded and described on said map as follows: On the North by land designated on said map as "Part 2" of Part D; on the East by certain land of Maude H. Mallory, on the South by certain land designated as "Part A" and on the West by Virginia State Highway No. 624. Generally known as Colemans Lake Road and/or South Street, formerly known and designated as Mill Road.

BEING the same real estate conveyed to Legacy Wealth Properties, LLC by Deed of Gift from Mary E. Johnson, widow, and Ramona Johnson Howard, dated September 12, 2015, recorded as Instrument #15000002609.

INSTRUMENT 202100375
RECORDED IN THE CLERK'S OFFICE OF
DINWIDDIE CIRCUIT COURT ON
JULY 28, 2021 AT 12:06 PM
J. BARRETT CHAPPELL, JR., CLERK
RECORDED BY: JBC



Prepared by:
James F. Sumpter, Esquire       I5  000002608

**This Deed is exempt from recordation taxes pursuant to Code of
Virginia, Section 58.1-811(D), 1950, as amended.**

       **THIS DEED OF GIFT**, made and entered into this 12th day of
September, 2015, by and between **MARY E. JOHNSON, widow, RAMONA
JOHNSON HOWARD,** parties of the first part ("Grantors"); and **LEGACY
WEALTH PROPERTIES, LLC,** party of the second part ("Grantee"), whose
address is 15338 Colonel Tansill Court, Woodbridge, Virginia 22193.

### W I T N E S S E T H

       That for and in consideration of the natural love, and affection the said
parties of the first part do hereby give, grant, and convey with **GENERAL
WARRANTY** and with **ENGLISH COVENANTS OF TITLE**, unto the Grantee, all
the interests, rights, claims that the Grantors may have in the following described real
estate, with improvements thereon and appurtenances thereunto pertaining, to-wit:

       ALL that certain lot of land, piece or parcel of land with all improvements
thereon belonging, lying and being situated in Namozine District,
Dinwiddie County, Virginia, containing thirteen and three-tenths (13.3)
acres more or less, by actual survey, as shown on a certain map of the
same and other land, made by W.G. Chappell, C.L.S., Dinwiddie,
Virginia, dated November 16, 1960, (Revised August 8, 1961, to show
Part "C" and August 12, 1964, to show Part "D", according to the legend
on said map), which map is attached to and made a part of a deed from
Darcy P. Grigg and Mary L. Grigg, his wife, to William W. Gilliam, dated
September 21, 1964, recorded April 8, 1966, Clerk's Office, Circuit Court,
County of Dinwiddie, Virginia, in Deed Book 127, Page 152 and to which
map reference is hereby made for a more particular metes and bounds
description of said property; the said lot, tract, piece or parcel of land
being designated on said map as the "Remainder 13.3 acres more or less"
and being a part of the Pick Pocket Tract, and being bounded and
described, as shown on said map as follows:

On the North by land designated on said map as "Part 2 of Part D: on the East by certain land of Maude H. Mallory, on the South by certain land designated as "Part A" and on the West by Virginia State Highway No. 624, generally known as Coleman's Lake Road and/or South Street, formerly known and designated as Mill Road.

Being the same real estate which was conveyed to Mary E. Johnson, widow, and Ramona Johnson Howard, as joint tenants in common as at common law, by deed of gift from Mary E. Johnson, widow, Ramona Johnson Howard, Jerome Alan Johnson, dated June 25, 2013, recorded July 3, 2013, Instrument #130002234, Clerk's Office, Circuit Court, County of Dinwiddie.

**This conveyance** is made expressly subject to easements, conditions and restrictions, and rights-of-way of record contained in the instruments forming the chain of title to the property conveyed herein and to matters visible upon inspection.

**WITNESS** the following signatures and seals:

_____ (SEAL)
MARY E. JOHNSON

STATE OF VIRGINIA
CITY OF RICHMOND, to-wit:

I, James F Sumpter, a Notary Public in and for the City of Richmond, State of Virginia, do hereby certify that MARY E. JOHNSON has signed to the writing bearing the date of the 12th day of September, 2015, has acknowledged the same before me in my City aforesaid.

Given under my hand this $15$ th day of September, 2015.

_____
Notary Public

My Commission Expires:       10/27/2018       ID# 356 125

_(signature)_ (SEAL)

RAMONA JOHNSON HOWARD

STATE OF VIRGINIA

CITY OF RICHMOND, to-wit:

I, James F. Sumpter, a Notary Public in and for the City of Richmond, State of Virginia, do hereby certify that RAMONA JOHNSON HOWARD has signed to the writing bearing the date of the 12th day of September, 2015, has acknowledged the same before me in my City aforesaid.

Given under my hand this ___15 th___ day of September, 2015.

_(signature)_

Notary Public

My Commission Expires:    10/27/2018    ID# 356 125

INSTRUMENT #150002608
RECORDED IN THE CLERK'S OFFICE OF
DINWIDDIE ON
SEPTEMBER 16, 2015 AT 02:18PM

J. BARRETT CHAPPELL, JR., CLERK
RECORDED BY: DTW

Prepared by:
James F. Sumpter, Esquire                    13 000002234

**This Deed is exempt from recordation taxes pursuant to Code of Virginia, Section 58.1-811(D), 1950, as amended.**

**THIS DEED OF GIFT**, made and entered into this 25th day of June, 2013, by and between **MARY E. JOHNSON, widow, RAMONA JOHNSON HOWARD, JEROME ALAN JOHNSON, brothers and sisters,** parties of the first part ("Grantors"); and **MARY E. JOHNSON, widow, RAMONA JOHNSON HOWARD,** parties of the second part ("Grantees"), whose addresses are 4600 Whitestone Drive, Richmond, Virginia 23234 and 14128 Madrigal Drive, Woodbridge, Virginia 23913, respectively.

**W I T N E S S E T H**

That for and in consideration of the natural love, and affection the said parties of the first part do hereby give, grant, and convey with **GENERAL WARRANTY** and with **ENGLISH COVENANTS OF TITLE,** unto the Grantees, as joint tenants in common with right of survivorship as to common law, all the interests, rights, claims that the Grantors may have in the following described real estate, with improvements thereon and appurtenances thereunto pertaining, to-wit:

> ALL that certain lot of land, piece or parcel of land with all improvements thereon belonging, lying and being situated in Namozine District, Dinwiddie County, Virginia, containing thirteen and three-tenths (13.3) acres more or less, by actual survey, as shown on a certain map of the same and other land, made by W.G. Chappell, C.L.S., Dinwiddie, Virginia, dated November 16, 1960, (Revised August 8, 1961, to show Part "C" and August 12, 1964, to show Part "D", according to the legend on said map), which map is attached to and made a part of a deed from Darcy P. Grigg and Mary L. Grigg, his wife, to William W. Gilliam, dated September 21, 1964, recorded April 8, 1966, Clerk's Office, Circuit Court,

County of Dinwiddie, Virginia, in Deed Book 127, Page 152 and to which map reference is hereby made for a more particular metes and bounds description of said property; the said lot, tract, piece or parcel of land being designated on said map as the "Remainder 13.3 acres more or less" and being a part of the Pick Pocket Tract, and being bounded and described, as shown on said map as follows:

On the North by land designated on said map as "Part 2 of Part D; on the East by certain land of Maude H. Mallory, on the South by certain land designated as "Part A" and on the West by Virginia State Highway No. 624, generally known as Coleman's Lake Road and/or South Street, formerly known and designated as Mill Road.

Being the same real estate which was conveyed to Ramona Johnson Howard, Jerome Alan Johnson, brother and sister, and Mary E. Johnson, widow, as joint tenants in common as at common law, by deed of gift from Mary E. Johnson, dated March 8, 2005, recorded March 9, 2005, Instrument #050001002, Clerk's Office, Circuit Court, County of Dinwiddie.

**This conveyance** is made expressly subject to easements, conditions and restrictions, and rights-of-way of record contained in the instruments forming the chain of title to the property conveyed herein and to matters visible upon inspection.

**WITNESS** the following signatures and seals:

_Mary E. Johnson_ (SEAL)

MARY E. JOHNSON

STATE OF VIRGINIA
CITY OF RICHMOND, to-wit:

I, James F Sumpter, a Notary Public in and for the City of Richmond, State of

Virginia, do hereby certify that MARY E. JOHNSON has signed to the writing bearing

the date of the 25th day of June, 2013, has acknowledged the same before me in my City

aforesaid.

Given under my hand this 25th day of June, 2013.

_____
Notary Public

My Commission Expires:     09/30/2014     ID# 356 125

_Ramona Johnson Howard_ (SEAL)

RAMONA JOHNSON HOWARD

STATE OF _Virginia_

CITY/COUNTY OF _Richmond_ , to-wit:

I, _James F. Sumpter_ a Notary Public in and for the City/County

of _Richmond_ , State of _Virginia_ do hereby certify

that RAMONA JOHNSON HOWARD has signed to the writing bearing the date of the

25th day of June, 2013, has acknowledged the same before me in my City/County

aforesaid.

Given under my hand this _25TH_ day of _June_ , 2013.

_____
Notary Public

My Commission Expires: _09/30/2014_     ID # _356 125_

_____ (SEAL)
JEROME ALAN JOHNSON

STATE OF Virginia

CITY/COUNTY OF Chesterfield , to-wit:

I, Cristal Webber , a Notary Public in and for the City/County

of Chesterfield , State of Virginia , do hereby certify

that JEROME ALAN JOHNSON has signed to the writing bearing the date of the 23ᵗʰ 27ᵀᴴ

day of June, 2013, has acknowledged the same before me in my City/County aforesaid.

Given under my hand this 27ᵗʰ day of June , 2013.

Cristal Webber
Notary Public

My Commission Expires: 2/28/2017        ID # 279753

CRISTAL W WEBBER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2017
COMMISSION # 279753

INSTRUMENT #130002234
RECORDED IN THE CLERK'S OFFICE OF
DINWIDDIE ON
JULY 3, 2013 AT 03:12PM

J. BARRETT CHAPPELL, JR., CLERK
RECORDED BY: PMG

Deed #05-1002

Mary E. Johnson
4600 Whitestone Drive
RichmoTd, Va. 23234

This deed is exempt form recordation of taxes pursuant to §58.1-811 D of the

Code of Virginia, 1950, as amended.

**THIS DEED OF GIFT**, made and entered into this 8th day of March, 2005, by

and between MARY E. JOHNSON, widow, Grantor, party of the first part and between

**RAMONA JOHNSON HOWARD, JEROME ALAN JOHNSON**, brothers and

sisters, and **MARY E. JOHNSON**, widow, Grantees, parties of the second part, whose

addresses are 4600 Whitestone Drive, Richmond, Virginia 23234, 14128 Madrigal Drive,

Woodbridge, Virginia 23913, and 4600 Whitestone Drive, Richmond, Virginia 23234,

respectively.

## W I T N E S S E T H:

That for and in consideration of the natural love and affection, the said party of

the first part do hereby give, grant, and convey with GENERAL WARRANTY and with

ENGLISH COVENANTS OF TITLE unto RAMONA JOHNSON HOWARD, JEROME

ALAN JOHNSON, brother & sister, and MARY E. JOHNSON, widow, the following

described real estate, with improvements thereon and appurtenances thereunto pertaining,

as joint tenants in common:

## T O - W I T:

**ALL** that certain lot, tract, piece or parcel of land, with all improvements
thereon, lying and being and situated in Namozine District, Dinwiddie
County, Virginia, containing thirteen and three-tenths (13.3) acres more or
less, by actual survey, as shown on a certain map of the same and other
land, made by W.G. Chappell, C.L.S., Dinwiddie, Virginia, dated
November 16, 1960, (Revised August 8, 1961 to show Part "C" and
August 12, 1964 to show Part "D", according to the legend on said map),
which map is attached to and made a part of a deed from Darcy P. Grigg
and Mary L. Grigg, his wife, to William W. Gilliam, dated September 21,

1964, recorded April 8, 1966, Clerk's Office, Circuit Court, Dinwiddie
County, Virginia, in Deed Book 127, Page 152 and to which map
reference is hereby made for a more particular metes and bounds
description of said property; the said lot, tract, piece or parcel of land
being designated on said map as the "Remainder 13.3 acres more or less"
and being a part of the Pick Pocket Tract, and being bounded and
described, as shown on said map as follows:

On the North by land designated on said map as "Part 2 of Part D; on the
East by certain land of Maude H. Mallory, on the South by certain land
designated as "Part A" and on the West by Virginia State Highway No.
624, generally known as Coleman's Lake Road and/or South Street,
formerly known and designated as Mill Road.

**BEING** the same property conveyed to Thomas J. Johnson, deceased, and
Mary E. Johnson, widow, by deed from Darcy P. Griggs, dated January 26,
1972, and recorded January 28, 1972, in the Clerk's Office, Circuit Court,
County of Dinwiddie, Virginia, Deed Book 154, Page 87.

This conveyance is made subject however, to any conditions, restrictions and

easements of record to the extent that they may be applicable to the property hereby

conveyed.

WITNESS the following signature and seal:

*Mary E. Johnson* _____ (Seal)

Mary E. Johnson

STATE OF VIRGINIA
CITY/~~COUNTY~~:  RICHMOND, to-wit:

I, James F. Sumpter, a Notary Public in and for the City of Richmond in the State

of Virginia do hereby certify that Mary E. Johnson, whose name is signed to the

foregoing writing bearing date of the 8th of March, 2005, has acknowledged the same

before me in my City and State aforesaid.

Given under my hand and notarial seal this 8th day of March 2005.

_____
Notary Public

My Commission Expires:    04/02/09

INSTRUMENT #050001002
RECORDED IN THE CLERK'S OFFICE OF
DINWIDDIE ON
MARCH  9, 2005 AT 03:25PM
ANNIE L. WILLIAMS, CLERK

RECORDED BY: HKD

DEED BOOK 659 PAGE 223
Continued on back

Hon. Harrison Bruce,Jr.Atty.
14 West Leigh St.
Richmond,Virginia 1/31/72

Deed #72-76

### DEED OF BARGAIN AND SALE

THIS DEED, made this 26th day of January, 1972, by and
/ A/K/A Darcy P. Griggs
between DARCY P. GRIGG, widower, party of the first part;

and THOMAS J. JOHNSON and MARY E. JOHNSON, his wife, parties

of the second part,

### W I T N E S S E T H

THAT for and in consideration of the sum of Ten Dollars

($10.00) and other good and valuable considerations, the receipt

of which is hereby acknowledged, the said party of the first

part does hereby grant and convey, with General Warranty of Title,

unto the said parties of the second part the following described

property as tenants by the entirety with right of survivorship

as at common law

ALL that certain lot, tract, piece or parcel of land
with improvements thereon, lying, being and situated
in Namozine District, Dinwiddie County, Virginia,
containing thirteen and three-tenths (13.3) acres
more or less, by actual survey, as shown on a certain
map of the same and other land, made by W. G. Chappell,
C.L.S., Dinwiddie, Virginia, dated November 16, 1960,
(Revised August 8, 1961 to show Part "C" and August 12,
1964 to show Part "D", according to the legend on said
map), which map is attached to and made a part of a
deed from Darcy P. Grigg and Mary L. Grigg, his wife,
to William W. Gilliam, dated September 21, 1964, recorded
April 8, 1966, Clerk's Office, Circuit Court, Dinwiddie
County, Virginia, in Deed Book 127, Page 152 and to
which map reference is hereby made for a more particular
metes and bounds description of said property; the said
lot, tract, piece or parcel of land being designated on
said map as the "Remainder 13.3 acres more or less" and
being a part of the Pick Pocket Tract, and being bounded
and described, as shown on said map as follows:

On the North by land designated on said map
as "Part 2 of Part D; on the East by certain
land of Maude H. Mallory, on the South by
certain land designated as "Part A" and on
the West by Virginia State Highway No. 624,
generally known as Coleman's Lake Road and/or
South Street, formerly known and designated as
Mill Road.

BEING a part of the tract of land described as con-
taining Forty (40.0) Acres more or less, in and
conveyed by a certain deed dated April 14, 1959, from
Mary T. Coleman, widow to the said Darcy P. Grigg and
Ben Grigg, recorded April 21, 1959 in Deed Book 104;
page 212, in the aforesaid Clerk's Office, reference
to the said deed, being hereby especially made; the
said Ben Grigg, whose full name was James Benjamin
Grigg, departed this life on September 25, 1960, there-
by ending and terminating all of his rights and
privileges set forth in said deed as will appear
therefrom, in connection with the real estate described
in the said deed.

This conveyance is made subject, however, to any

conditions, restrictions and easements of record to the extent

that they may be applicable to the property hereby conveyed.

Whenever used, the singular number shall include the

plural, the plural the singular, and the use of any gender

shall include all other genders.

Except as herein stated, the parties of the first part

covenant that they have the right to convey the said property

to the parties of the second part; that they have done no act

to encumber the said property, that the grantees shall have

quiet possession of the said real estate, free from all

encumbrances; and that they, the parties of the first part,

will execute such further assurances of the said real estate

as may be requisite.

WITNESS the following signatures and seals:

_Darcy P Griggs_____ (SEAL)

_____ (SEAL)

_____ (SEAL)

-3-

STATE OF VIRGINIA,

COUNTY OF DINWIDDIE, to-wit:

    I, the undersigned Notary Public in and for the County
aforesaid in the State of Virginia, do certify that DARCY P.
GRIGG, whose name is signed to the foregoing writing bearing
date on the 26th day of January, 1972, has acknowledged the
same before me in my County and State aforesaid.

    Given under my hand this *28th* day of *January*,
1972.

    My Commission expires: *MARCH 15, 1974*

                         NOTARY PUBLIC

$15.00 ———Grantor's Tax

In the Clerk's Office of the Circuit Court of
Dinwiddie County, Virginia *Jan. 23* '72
This instrument was received and, with the
certificate annexed, admitted to record at
*2:00 P.M.* *H B Watts* Clerk



## *Property Identification Card*

## Record Number: 5820

## DINWIDDIE COUNTY

### Property Information (Map: 29 39)

**Owner:**
JOHNSON HOWARD RAMONA

**Owner Address:**
4600 WHITE STONE DR

NORTH CHESTERFIELD, VA 23234

**Total Land Area:**
13.30 Acres

**Property Address:**
8815 COLEMANS LAKE RD
FORD, VA 23850

**Legal Description(s):**
MILL ROAD

29-39

**Zoned:**

**Prior Assessment:**
$120,600

**Magisterial District:**
NAMOZINE

**Instrument:**
21 0003871

**Remarks:**

### Assessment Values (Map: 29 39)

| | |
|---|---|
| **Building 1:** | $71,100 |
| **Land Value:** | $54,900 |
| **Other Improvements:** | $0.00 |
| **Total Value:** | **$126,000** |

### Acreage Description (Map: 29 39)

| | |
|---|---|
| **Size In Acres:** | 1.00 |
| **Description:** | Homesite |
| **Lump Sum or Per Acre:** | Lump Sum |
| **Unit Value:** | |
| **Adjustment Percentage:** | 0.00 |
| **Utility Value:** | 18,000 |
| **Acreage Value:** | $18,000 |
| **Size In Acres:** | 12.30 |
| **Description:** | |
| **Lump Sum or Per Acre:** | Per Acre |
| **Unit Value:** | |
| **Adjustment Percentage:** | 0.00 |
| **Utility Value:** | 3,000 |
| **Acreage Value:** | $36,900 |
| **Total Value:** | **$54,900** |

## Other Improvements (Map: 29 39)

**TOTAL VALUE:**

## Sales Information (Map: 29 39)

| | |
|---|---|
| **Sales Date:** | 10/8/2021 |
| **Sales Price:** | |
| **Instrument:** | Instrument: 21 0003871 |
| **Grantor:** | JOHNSON MARY E |

## Transaction History (Map: 29 39)

| | |
|---|---|
| **Sales Date:** | 7/28/2021 |
| **Sales Price:** | |
| **Instrument:** | 21 0002886 |
| **Grantee:** | JOHNSON MARY E |

| | |
|---|---|
| **Sales Date:** | 9/16/2015 |
| **Sales Price:** | |
| **Instrument:** | DB 15 0002608 |
| **Grantee:** | LEGACY WEALTH PROPERTIES LLC C/O |

| | |
|---|---|
| **Sales Date:** | 7/03/2013 |
| **Sales Price:** | |
| **Instrument:** | DB 13 0002234 |
| **Grantee:** | JOHNSON MARY E OR HOWARD RAMONA |

| | |
|---|---|
| **Sales Date:** | 3/09/2005 |
| **Sales Price:** | |
| **Instrument:** | DeedBk/Pg(Instr): 659 / 222 (05 0001002) |
| **Grantee:** | HOWARD RAMONA JOHNSON & JOHNSON |

| | |
|---|---|
| **Sales Date:** | 00/00/0000 |
| **Sales Price:** | |
| **Instrument:** | 05 0659222 |
| **Grantee:** | CIRCUIT COURT MAP INTEGRATION PROJ. |

| | |
|---|---|
| **Sales Date:** | 00/00/0000 |
| **Sales Price:** | |
| **Instrument:** | 72 0154087 |
| **Grantee:** | CIRCUIT COURT MAP INTEGRATION PROJ. |

| | |
|---|---|
| **Sales Date:** | 00/00/0000 |
| **Sales Price:** | |
| **Instrument:** | 0 |
| **Grantee:** | JOHNSON THOMAS J & |

## Building Information (Map: 29 39)

## Building 1:

**EXTERIOR INFORMATION**
**Year Built:**               1965

| | |
|---|---|
| **Occupancy Type:** | DWELLING |
| **Condition:** | AVERAGE |
| **Foundation:** | CINDERBLOCK |
| **Exterior Walls:** | FRAME |
| **Roofing:** | COMP SHG |
| **Roof Type:** | GABLE |
| **Garage:** | NONE |
| **Number of Cars:** | None |
| **Built-In No. Cars:** | None |
| **Carport:** | NONE |

**INTERIOR INFORMATION**

| | |
|---|---|
| **Story Height:** | 1.00 |
| **Number or Rooms:** | 6 |
| **Number or Bedrooms:** | 3 |
| **Number or Full Baths:** | 1 |
| **Number or Half Baths:** | None |
| **Building Sq. Feet:** | 1360 |
| **Basement Sq. Feet:** | None |
| **Fin. Basement Sq. Feet:** | None |
| **Interior Walls:** | DRYWALL |
| **Floors:** | WOOD |
| **Heating:** | FORCED AIR |
| **A/C:** | NO |

**SITE INFORMATION**

| | |
|---|---|
| **Zoning Type:** | |
| **Terrain Type:** | ON |
| **Character:** | ROLLING/SLOPING |
| **Right of Way:** | PUBLIC |
| **Easements:** | PAVED |
| **Water:** | WELL |
| **Sewer:** | SEPTIC |
| **Electric:** | YES |
| **Gas:** | YES |
| **Fuel Type:** | OIL |
| **Utility Value:** | None |
| **Fireplace:** | None |
| **Stk Fireplace:** | None |
| **Flues:** | None |
| **Metal Flues:** | None |
| **Stacked Flues:** | None |
| **Inop. Flue/FP:** | None |

## Building 1 Sketch





# Dinwiddie County, Virginia

## Jennifer C. Perkins - Treasurer

e-mail Treasurer (mailto:jperkins@dinwiddieva.us?subject=Link from Online
Payments&Body=Dear Ms. Perkins:)

*Address: 881500 COLEMANS LAKE RD*

Show [ 10 ∨ ] entries

| Dept | Ticket No. | Seq. | Account No. | Due Date | Name |
|------|-----------|------|-------------|----------|------|
| + RE2019 | 9279 | 1 | 5820 | 6/5/2019 | LEGACY WEALTH PROPERTIES LLC |
| + RE2019 | 9279 | 2 | 5820 | 12/5/2019 | LEGACY WEALTH PROPERTIES LLC |
| + RE2020 | 9287 | 1 | 5820 | 6/5/2020 | LEGACY WEALTH PROPERTIES LLC C/O |
| + RE2020 | 9287 | 2 | 5820 | 12/7/2020 | LEGACY WEALTH PROPERTIES LLC C/O |
| – RE2021 | 9294 | 1 | 5820 | 6/7/2021 | LEGACY WEALTH PROPERTIES LLC C/O |

**Description** MILL ROAD

**Map ID** 29 39

**Balance** $0.00

Details

| | | | | | |
|------|-----------|------|-------------|----------|------|
| – RE2021 | 9294 | 2 | 5820 | 12/6/2021 | LEGACY WEALTH PROPERTIES LLC C/O |

**Description** MILL ROAD

**Map ID** 29 39

**Balance** $0.00

Details

First Previous 1 **2** Next Last

Total Due:$0.00

Note: If payment was received within the past 10 business days, then any returned items may not be posted
yet.

Previous

 SECURED SITE®
networksolutions
256 bit Encryption



# Dinwiddie County, Virginia

## Jennifer C. Perkins - Treasurer

e-mail Treasurer (mailto:jperkins@dinwiddieva.us?subject=Link from Online
Payments&Body=Dear Ms. Perkins:)

### *Ticket Detail*

### 2021 REAL ESTATE TAXES

| | | | |
|---|---|---|---|
| **Department:** | RE2021 | **Ticket No:** | 92940001 |
| **Frequency:** | 1 | **Supplement No:** | 0 |
| **Name:** | LEGACY WEALTH PROPERTIES LLC C/O | **Account No:** | 5820 |
| **Name 2:** | MARY E JOHNSON | **Map ID:** | 29 39 |
| **Address:** | 4600 WHITESTONE DR NORTH CHESTERFIELD VA 23234 | | |
| **Description:** | MILL ROAD | | |
| **District:** | 02 | | |
| **Bill Date:** | 04/12/2021 | **Due Date:** | 06/07/2021 |

| | | | |
|---|---|---|---|
| **Land Value:** | $54,900 | **Improvement Value:** | $71,100 |
| **Original Bill:** | $497.70 | **Acres:** | 13.30 |
| **Last Transaction Date:** | 05/13/2021 | **Payments:** | $497.70- |
| **Penalty Paid:** | $0.00 | **Interest Paid:** | $0.00 |
| **Amount Owed:** | $0.00 | **Total Owed:** | $0.00 |
| **Penalty:** | $0.00 | **Interest:** | $0.00 |

Note: If payment was received within the past 10 business days, then any returned items may not
be posted at this time.

Show 25 entries

| Date | Type | Transaction No. | Amount | Balance |
|---|---|---|---|---|
| 04/12/2021 | Charge | 0 | $ 497.70 | $ 497.70 |
| 05/13/2021 | Payment | 171 | $ -497.70 | $ 0.00 |

First Previous 1 Next Last

New Search Previous





# Dinwiddie County, Virginia

## Jennifer C. Perkins - Treasurer

e-mail Treasurer (mailto:jperkins@dinwiddieva.us?subject=Link from Online
Payments&Body=Dear Ms. Perkins:)

*Ticket Detail*

**2021 REAL ESTATE TAXES**

| | | | |
|---|---|---|---|
| **Department:** | RE2021 | **Ticket No:** | 92940002 |
| **Frequency:** | 2 | **Supplement No:** | 0 |
| **Name:** | LEGACY WEALTH PROPERTIES LLC C/O | **Account No:** | 5820 |
| **Name 2:** | MARY E JOHNSON | **Map ID:** | 29 39 |
| **Address:** | 4600 WHITESTONE DR NORTH CHESTERFIELD VA 23234 | | |
| **Description:** | MILL ROAD | | |
| **District:** | 02 | | |
| **Bill Date:** | 04/12/2021 | **Due Date:** | 12/06/2021 |

| | | | |
|---|---|---|---|
| **Land Value:** | $54,900 | **Improvement Value:** | $71,100 |
| **Original Bill:** | $497.70 | **Acres:** | 13.30 |
| **Last Transaction Date:** | 11/01/2021 | **Payments:** | $497.70- |
| **Penalty Paid:** | $0.00 | **Interest Paid:** | $0.00 |
| **Amount Owed:** | $0.00 | **Total Owed:** | $0.00 |
| **Penalty:** | $0.00 | **Interest:** | $0.00 |

Note: If payment was received within the past 10 business days, then any returned items may not
be posted at this time.

Show 25 entries

| Date | Type | Transaction No. | Amount | Balance |
|---|---|---|---|---|
| 04/12/2021 | Charge | 0 | $ 497.70 | $ 497.70 |
| 11/01/2021 | Payment | 20 | $ -497.70 | $ 0.00 |

First Previous 1 Next Last

New Search Previous



Jim Walters
P.O. Box 22601
Tampa,Fla. 5/11/72

Deed #72-518

PROVIDED FOR PLAT, SEE NOTE

THIS DEED OF PARTIAL RELEASE made this 28th day of
March, 1972, by and between GERALD GLENN POINDEXTER, Trustee,
party of the first part; THOMAS J. JOHNSON and MARY E. JOHNSON,
his wife, parties of the second part; and DARCY P. GRIGGS,
Noteholder, party of the third part;

WHEREAS, the said parties of the second part did con-
vey to the said party of the first part, as Trustee, certain
real estate in the County of Dinwiddie, State of Virginia, by
deed of trust dated January 28, 1972, which deed of trust was
duly recorded in the Clerk's Office of the Circuit Court of
Dinwiddie County, Virginia, in Deed Book 154, page 89, to which
reference is made; and

WHEREAS, the said parties of the second part have re-
quested a release from the lien of said deed of trust of a por-
tion of said land, more particularly described hereinafter; and

WHEREAS, Darcy P. Griggs, Noteholder, party of the third
part, who is the owner of the unpaid note secured by said deed of
trust, has expressed a willingness that the said parties of the
first part should execute said release as requested and has joined
with the said parties of the second part in making said request
as evidenced by his signature hereon;

NOW, THEREFORE, WITNESSETH:  That in consideration of
Ten Dollars ($10.00), cash in hand paid, the receipt of which is
hereby acknowledged, the parties of the first part do hereby re-
lease to the parties of the second part, the following described
real estate, to-wit:

ALL that certain lot, piece or parcel of land,
with improvements thereon and appurtenances
thereto belonging, lying and being situate in
Namozine Magisterial District of Dinwiddie
County, Virginia, containing one (1) acre of
land, more or less, and more particularly
described on that certain plat of survey
prepared by T. L. Bays, C.L.S., dated
February 25, 1972, a copy of which plat is
attached hereto, to be recorded herewith,
and to which reference is hereby made for a
more particular description of the real
estate hereby released.

BEING a portion of the land conveyed to Thomas
J. Johnson and Mary E. Johnson, his wife, by
deed dated January 28, 1972, from Darcy P. Griggs,
which deed was duly recorded in the Clerk's
office of the Circuit Court of Dinwiddie County,
Virginia, in Deed Book 154 at page 87, to which
reference is hereby made.

But it is expressly understood that the release of said

real estate, just described, from the lien of said deed of trust,

shall not affect in any manner the lien of said deed of trust

upon the other land thereby conveyed, and not released hereby.

WITNESS the following signatures and seals:

_____ Trustee (SEAL)
GERALD GLENN POINDEXTER, Trustee

_____ (SEAL)
DARCY P. GRIGGS, Noteholder

STATE OF
         OF          , to-wit:

        I,                         , a Notary Public in and for
the          aforesaid, in the state of          , do hereby certify
that GERALD GLENN POINDEXTER, Trustee, whose name is signed to the
foregoing deed of partial release dated March 28, 1972, has acknow-
ledged the same before me in my jurisdiction aforesaid.

        Given under my hand this 25th day of April          , 1972.

        My commission expires:

_____
        Notary Public

(SEAL)

- 2 -

STATE OF *New Jersey*

OF *................* , to-wit:

I, *Catherine Ware* , a Notary Public in and for
the          aforesaid, State of *New Jersey* , do hereby certify that
DARCY P. GRIGGS, Noteholder, whose name is signed to the foregoing deed
of partial release dated March 28, 1972, has acknowledged the same
before me in my jurisdiction aforesaid.

Given under my hand this *14th* day of *April* , 1972.

My commission expires: *Sept. 24, 1976.*

*Catherine Dawson* *Notary*
                                                     Notary Public

(SEAL)

In the Clerk's Office of the Circuit Court of
Dinwiddie County, Virginia *5-11-72*
This instrument was received and, with the
certificate annexed, admitted to record at
*10:00 A.M.* *T. L. S. Butler* Clerk

Plat recorded in

*Book 155* Page *388*

- 3 -



PLAT SHOWING
PORTION OF THOMAS J. JOHNSON
PROPERTY
DINWIDDIE COUNTY, VIRGINIA
SCALE: 1" = 50'    DATE: FEB. 25, 1972

## SELECTED SEARCH CRITERIA

Jurisdiction: 053 - Dinwiddie Circuit Court 01/27/2022 11:35AM

| | | From Date | To Date |
|---|---|---|---|
| Available: | Deeds and Land Records | 1/1/1970 | 1/26/2022 |

Detail Search
Search:
LEGACY WEALTH PROPERTIES LLC
LEGACY WEALTH PROPERTIES, LLC

LR   150002608   Type: DG 9/16/2015   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, MARY E
Book:   Page:
Pin or Map: 29-39

LR   202102748   Type: PM 6/8/2021   Pages: 1
Description: NAMOZINE DIST 2.985 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: EVANS, GOLDIE F
Book:   Page:
Pin or Map: 29-39D

LR   202102149   Type: PM 6/8/2021   Pages: 1
Description: NAMOZINE DIST 2.985 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: EVANS, GOLDIE F
Book:   Page:
Pin or Map: 29-39D

LR   202102876   Type: DG 7/28/2021   Pages: 3
Description: NAMOZINE 13.3 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, MARY E
Book:   Page:
Pin or Map: 29-39

LR   202102885   Type: DCOR 7/28/2021   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, MARY E
Book:   Page:
Pin or Map: 29-39

JOHNSON, R, M %

R %

**SELECTED SEARCH CRITERIA**

Jurisdiction: 053 - Dinwiddie Circuit Court 01/27/2022 11:27AM

f SO PBD-5030

| | | From Date | To Date |
|---|---|---|---|
| Available: | Deeds and Land Records | 1/1/1970 | 1/26/2022 |

**Detail Instrument Inquiry**
Instr# 202103871   Rec Date: 10/8/2021
IType: DEED OF GIFT   Total 3 Image(s)
PIN or MAP  29-39
Description 1: NAMOZINE DIST 13.3 ACRES

Grantee          HOWARD, RAMONA JOHNSON
Grantee          JOHNSON-HOWARD, RAMONA
Grantor          JOHNSON, MARY E

back IN

**SELECTED SEARCH CRITERIA**

Jurisdiction: 053 - Dinwiddie Circuit Court 01/27/2022 11:28AM

*F 50 JOO P50* (handwritten)

| | | **From Date** | **To Date** |
|---|---|---|---|
| Available: | Deeds and Land Records | 1/1/1970 | 1/26/2022 |

**Detail Search**
Search:
HOWARD, RAMONA JOHNSON

LR  050659222   Type: DG 3/9/2005   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1   Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, MARY E

Book: **659**  Page: **222**
Pin or Map: **29-39**

*IN* (handwritten)

LR  130002234   Type: DG 7/3/2013   Pages: 4
Description: NAMOZINE DIST 13.3 ACRES
File: 1   Change: 0
Name Type: Grantor
Reverse Party: HOWARD, RAMONA JOHNSON

Book:   Page:
Pin or Map: **29-39**

*Jerome out* (handwritten)

LR  130002234   Type: DG 7/3/2013   Pages: 4
Description: NAMOZINE DIST 13.3 ACRES
File: 1   Change: 0
Name Type: Grantee
Reverse Party: HOWARD, RAMONA JOHNSON

Book:   Page:
Pin or Map: **29-39**

*() back IN* (handwritten)

LR  202103871   Type: DG 10/8/2021   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1   Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, MARY E

Book:   Page:
Pin or Map: **29-39**

*150002608; Ramona OUT ; Not indexed* (handwritten)

JOHNSON V. SER/.
JN.

**SELECTED SEARCH CRITERIA**

Jurisdiction: 053 - Dinwiddie Circuit Court 01/27/2022 11:23AM

FSO SDD PBO

| | | From Date | To Date |
|---|---|---|---|
| Available: | Deeds and Land Records | 1/1/1970 | 1/26/2022 |

**Detail Search**
Search:
JOHNSON, JEROME ALAN

LR   050659222   Type: DG 3/9/2005   Pages: 3
Description: **NAMOZINE DIST 13.3 ACRES**
File: 1   Change: 0                                         Book: **659**   Page: **222**
Name Type: Grantee                                      Pin or Map: **29-39**
Reverse Party: **JOHNSON, MARY E**

LR   130002234   Type: DG 7/3/2013   Pages: 4
Description: **NAMOZINE DIST 13.3 ACRES**
File: 1   Change: 0                                         Book:   Page:
Name Type: Grantor                                      Pin or Map: **29-39**
Reverse Party: **HOWARD, RAMONA JOHNSON**

IN

OUT

**SELECTED SEARCH CRITERIA**

Jurisdiction: 053 - Dinwiddie Circuit Court 01/27/2022 11:17AM

*(handwritten: FSO JDD PBO-NO P.O.D)*

| | | From Date | To Date |
|---|---|---|---|
| Available: | Deeds and Land Records | 1/1/1970 | 1/26/2022 |

**Detail Search**
Search:
JOHNSON, THOMAS
JOHNSON, THOMAS J

LR  720154087   Type: DBS 1/28/1972   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: GRIGG, DARCY P
Book: 154  Page: 87
Pin or Map: 29-39      *(handwritten: IN)*

LR  720154089   Type: DOT 1/28/1972   Pages: 4
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: POINDEXTER, GERALD GLENN; TR
Book: 154  Page: 89
Pin or Map:      *(handwritten: 8k   R)*

LR  720155067   Type: DOT-PL 3/28/1972   Pages: 2
Description: NAMOZINE DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: KANE, R E; JR TR
Book: 155  Page: 67
Pin or Map:      *(handwritten: 12402 1 AC   R)*

LR  720155387   Type: DPR-PL 5/11/1972   Pages: 4
Description: NAMOZINE DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: GRIGGS, DARCY P
Book: 155  Page: 387
Pin or Map:      *(handwritten: 1 AC   Rel 1AC from 8k)*

LR  720155387   Type: DPR-PL 5/11/1972   Pages: 4
Description: NAMOZINE DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantee
Reverse Party: GRIGGS, DARCY P
Book: 155  Page: 387
Pin or Map:      *(handwritten: D)*

LR  730160257   Type: DSC 1/31/1973   Pages: 2
Description: DARVILLS DIST 17.5 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: BOWEN, ALLEN V
Book: 160  Page: 257
Pin or Map: 15-19A      *(handwritten: NOP)*

LR  800206368   Type: CS 9/16/1980   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, MARY E
Book: 206  Page: 368
Pin or Map:      *(handwritten: Full Rel 8k   R)*

LR  800206368   Type: CS 9/16/1980   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, MARY E
Book: 206  Page: 368
Pin or Map:      *(handwritten: D)*

LR  820218098   Type: DBS-PL 10/25/1982   Pages: 5
Description: ROWANTY DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: BLAND, SHIRLEY
Book: 218  Page: 98
Pin or Map: 16-69      *(handwritten: NOP)*

LR  870253403   Type: CS 7/17/1987   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, MARY J
Book: 253  Page: 403
Pin or Map:      *(handwritten: Rel 1 AC 12402   R)*

LR  870253403   Type: CS 7/17/1987   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, MARY J
Book: 253  Page: 403
Pin or Map:      *(handwritten: D)*

LR  890272379   Type: DBS-PL 2/8/1989   Pages: 6
Description: NAMOZINE DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: WHITE, DOROTHY H
Book: 272  Page: 379
Pin or Map: 16-68B      *(handwritten: NOP)*

LR  020551055   Type: DG-PL 8/7/2002   Pages: 5
Description: NAMOZINE DIST 3 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: CLARK, PAMELIA R
Book: 551  Page: 55
Pin or Map: 4-1A      *(handwritten: NOP)*



*JOHNSON, MARY*

*our Mary signs 2021 docs,*
*all dec Mary E's are prior to 2021*

**SELECTED SEARCH CRITERIA**

Jurisdiction: 053 - Dinwiddie Circuit Court 01/27/2022 10:08AM

*FSD SDD PBD*

| | | From Date | To Date |
|---|---|---|---|
| Available: | Deeds and Land Records | 1/1/1970 | 1/26/2022 |

**Detail Search**

Search:
JOHNSON, MARY E
JOHNSON, MARY E; AKA
JOHNSON, MARY E; BY TR
JOHNSON, MARY E; FKA
JOHNSON, MARY E; HEIRS
JOHNSON, MARY ELLEN
JOHNSON, MARY ESTELLE

LR  720154087   Type: DBS 1/28/1972   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: GRIGG, DARCY P
Book: 154  Page: 87
Pin or Map: 29-39

*IN*

LR  720154089   Type: DOT 1/28/1972   Pages: 4
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0    *72-77*
Name Type: Grantor
Reverse Party: POINDEXTER, GERALD GLENN; TR
*8K*
Book: 154  Page: 89
Pin or Map:

*R*

LR  720155067   Type: DOT-PL 3/28/1972   Pages: 2
Description: NAMOZINE DIST 1 ACRE
File: 1  Change: 0    *72-323*
Name Type: Grantee
Reverse Party: KANE, R E; JR TR
Book: 155  Page: 67
Pin or Map:

*1 AC*   *ADJ R*

LR  720155387   Type: DPR-PL 5/11/1972   Pages: 4
Description: NAMOZINE DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor   *Rec 1 Ac from 8k??*
Reverse Party: GRIGGS, DARCY P
*off side*
Book: 155  Page: 387
Pin or Map:

*L/E*

LR  720155387   Type: DPR-PL 5/11/1972   Pages: 4
Description: NAMOZINE DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantee
Reverse Party: GRIGGS, DARCY P
Book: 155  Page: 387
Pin or Map:

*D*

LR  770184267   Type: DBS-PL 4/27/1977   Pages: 3
Description: ROWANTY DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantee
Reverse Party: COLES, LAURA J; DECD
Book: 184  Page: 267
Pin or Map: 60-67A

*NOP*

LR  770184269   Type: DOT 4/27/1977   Pages: 5
Description: ROWANTY DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: BAKER, MARION V; TR
Book: 184  Page: 269
Pin or Map:

*NOP*

LR  790195185   Type: DBS 1/11/1979   Pages: 2
Description: DARVILLS DIST 1.14 ACRES LOT 9
File: 1  Change: 0
Name Type: Grantee
Reverse Party: MITCHELL, ALLAN B
Book: 195  Page: 185
Pin or Map: 41-21J

*NOP*

LR  790195186   Type: DOT 1/11/1979   Pages: 5
Description: DARVILLS DIST 1.14 ACRES LOT 9
File: 1  Change: 0
Name Type: Grantor
Reverse Party: BAKER, MARION V; TR
Book: 195  Page: 186
Pin or Map:

*NOP*

LR  800206368   Type: CS 9/16/1980   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantee    *full Rec 8k*
Reverse Party: JOHNSON, MARY E
Book: 206  Page: 368
Pin or Map:

*R*

LR  800206368   Type: CS 9/16/1980   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, MARY E
Book: 206  Page: 368
Pin or Map:

*D*

**LR**  820215054   Type: DOT 2/23/1982   Pages: 2
Description: ROWANTY DIST 1.16 ACRES
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **ATKINSON, JAMES H; JR TR**

Book: **215**  Page: **54**
Pin or Map:

**LR**  820215253   Type: DOT 4/5/1982   Pages: 2
Description: ROWANTY DIST 1.16 ACRES
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **MUNNELLY, BARTHOLOMEW F; TR**

Book: **218**  Page: **253**
Pin or Map:

**LR**  820218206   Type: DBS-PL 11/10/1982   Pages: 5
Description: ROWANTY DIST 1 ACRE
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **REED, ANNIE D**

Book: **218**  Page: **206**
Pin or Map: **60-54A**

**LR**  820218209   Type: DBS-PL 11/10/1982   Pages: 6
Description: ROWANTY DIST 1 ACRE
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **JOHNSON, FRANKIE A**

Book: **218**  Page: **209**
Pin or Map: **60-54B**

**LR**  840229327   Type: ST 8/8/1984   Pages: 1
Description:
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **MITCHELL, ARTHUR L; JR TR**

Book: **229**  Page: **327**
Pin or Map:

**LR**  870257343   Type: ASGMT 11/25/1987   Pages: 2
Description:
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **RURAL HOUSING TRUST 1987-1**

Book: **257**  Page: **343**
Pin or Map:

**LR**  880261392   Type: DOT 3/30/1988   Pages: 5
Description: ROWANTY DIST 1 ACRE
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **CHEELEY, THOMAS P; TR**

Book: **261**  Page: **392**
Pin or Map:

**LR**  890280127   Type: DOT 10/10/1989   Pages: 5
Description: ROWANTY DIST 1.00 ACRE
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **CHEELEY, THOMAS P; TR**

Book: **280**  Page: **127**
Pin or Map:

**LR**  890281005   Type: CS 10/30/1989   Pages: 1
Description: 1 ACRE ROWANTY DIST RT 703
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **REV PARTY NOT FOUND**

Book: **281**  Page: **5**
Pin or Map:

**LR**  910296299   Type: DBS-PL 2/7/1991   Pages: 6
Description: ROWANTY DIST 3 ACRES
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **GHOLSON, LAURA B**

Book: **296**  Page: **299**
Pin or Map: **60-54C**

**LR**  910300393   Type: DR 6/14/1991   Pages: 2
Description:
File: 1   Change: 0
Name Type: **Grantee**
Reverse Party: **NEA, G ANDREW; JR TR**

Book: **300**  Page: **393**
Pin or Map:

**LR**  910308088   Type: DOT 12/30/1991   Pages: 5
Description: ROWANTY DIST 1 ACRE
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **CHEELEY, THOMAS P; TR**

Book: **308**  Page: **88**
Pin or Map:

**LR**  920309067   Type: CS 1/22/1992   Pages: 1
Description: ROWANTY DIST
File: 1   Change: 0
Name Type: **Grantee**
Reverse Party: **CHEELEY, THOMAS P; TR**

Book: **309**  Page: **67**
Pin or Map:

**LR**  920309067   Type: CS 1/22/1992   Pages: 1
Description: ROWANTY DIST
File: 1   Change: 0
Name Type: **Grantor**
Reverse Party: **CHEELEY, THOMAS P; TR**

Book: **309**  Page: **67**
Pin or Map:

**LR**  920319018   Type: CS 8/25/1992   Pages: 2
Description:
File: 1   Change: 0
Name Type: **Grantee**
Reverse Party: **JOHNSON, MARY BONNER; AKA**

Book: **319**  Page: **18**
Pin or Map:

LR  920319018   Type: CS 8/25/1992   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, MARY BONNER; AKA

Book: 319   Page: 18
Pin or Map:

LR  940345324   Type: DOT 2/11/1994   Pages: 5
Description: ROWANTY DIST 1.16 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: FAIRCHILD, DAVID J; TR

Book: 345   Page: 324
Pin or Map:

LR  950374108   Type: ST 8/9/1995   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: CLEMENTSON, LEWIS H; TR

Book: 374   Page: 108
Pin or Map:

LR  950376225   Type: DBS 9/27/1995   Pages: 4
Description: DARVILLS DIST 1.14 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: UNITED STATES OF AMERICA

Book: 376   Page: 225
Pin or Map: 44-21J

LR  960391381   Type: ONC 8/1/1996   Pages: 3
Description: CHY 94-160
File: 1  Change: 0
Name Type: Grantee
Reverse Party: JEFFERSON, MARY E JOHNSON

Book: 391   Page: 381
Pin or Map:

LR  990450008   Type: DBS-PL 2/22/1999   Pages: 4
Description: NAMOZINE DIST 25.5 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, GEORGE E

Book: 450   Page: 8
Pin or Map: 16-70

LR  010510176   Type: DOT 6/12/2001   Pages: 18
Description: ROWANTY DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: CREVE COEUR MORTGAGE ASSOCIATES INC

Book: 510   Page: 176
Pin or Map:

LR  010510185   Type: PA 6/12/2001   Pages: 4
Description:
File: 1  Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, ARTHUR J

Book: 510   Page: 185
Pin or Map:

LR  010512077   Type: CS 6/28/2001   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantee
Reverse Party: CHEELEY, THOMAS; TR

Book: 512   Page: 77
Pin or Map:

LR  010512077   Type: CS 6/28/2001   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: CHEELEY, THOMAS; TR

Book: 512   Page: 77
Pin or Map:

LR  010527033   Type: DBS 12/4/2001   Pages: 2
Description: ROWANTY DIST 6.015 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: DURHAM, BRIAN K

Book: 527   Page: 33
Pin or Map: 56-10-2

LR  020531283   Type: ASGMT 1/29/2002   Pages: 3
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: EQUICREDIT CORPORATION OF AMERICA

Book: 531   Page: 283
Pin or Map:

LR  020533099   Type: DCOR 2/8/2002   Pages: 19
Description: ROWANTY DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: CREVE COEUR MORTGAGE ASSOCIATES INC

Book: 533   Page: 99
Pin or Map:

LR  020539302   Type: DG 4/10/2002   Pages: 4
Description: ROWANTY DIST LOTS 1-3 & 3A 6.015 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: NOBLIN CUSTOM HOMES LLC

Book: 539   Page: 302
Pin or Map: 56-10-2

LR  020550045   Type: DBS 7/29/2002   Pages: 3
Description: ROWANTY DIST 6.015 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: NOBLIN CUSTOM HOMES LLC

Book: 550   Page: 45
Pin or Map: 56-10-2

LR  020550047   Type: DOT 7/29/2002   Pages: 16
Description: ROWANTY DIST 6.015 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: VICKHOUSE, STANLEY M; TR

Book: 550   Page: 47
Pin or Map:

LR  020556075   Type: DOT 9/27/2002   Pages: 12
Description: ROWANTY DIST LOTS 1-3 & 3A
File: 1  Change: 0
Name Type: Grantor
Reverse Party: REYNOLDS, JERRY D; TR

Book: 556   Page: 75
Pin or Map:

LR  030566359   Type: DP 1/10/2003   Pages: 6
Description: ROWANTY DIST 3.5 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: HARPER, ANNIE D REED

Book: 566   Page: 359
Pin or Map: 61-30A

LR  030567278   Type: CS 1/21/2003   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: BAKER, MARION V; TR

Book: 567   Page: 278
Pin or Map:

LR  030567278   Type: CS 1/21/2003   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantee
Reverse Party: BAKER, MARION V; TR

Book: 567   Page: 278
Pin or Map:

LR  040626011   Type: DOT 5/11/2004   Pages: 3
Description: ROWANTY DIST 1 ACRE
File: 1  Change: 0
Name Type: Grantor
Reverse Party: BARRON, LENORE A; TR

Book: 626   Page: 11
Pin or Map:

LR  040629186   Type: ASGMT 6/9/2004   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: COMMUNITY HOME FINANCIAL SERVICES INC

Book: 629   Page: 186
Pin or Map:

LR  040637323   Type: DBS 8/17/2004   Pages: 3
Description: ROHOIC DIST LOT 104 WRENN FORREST
File: 1  Change: 0
Name Type: Grantee
Reverse Party: PAUL F HENSHAW INC

Book: 637   Page: 323
Pin or Map: 8C-2-104

LR  050653335   Type: DOT 1/10/2005   Pages: 12
Description: ROWANTY DIST 6.015 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: REYNOLDS, JERRY D; TR

Book: 653   Page: 335
Pin or Map:

LR  050655314   Type: DOT 2/1/2005   Pages: 8
Description: ROHOIC DIST LOT 104 WRENN FORREST
File: 1  Change: 0
Name Type: Grantor
Reverse Party: BB&T-VA

Book: 655   Page: 314
Pin or Map:

LR  050659222   Type: DG 3/9/2005   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0
Name Type: Grantor
Reverse Party: HOWARD, RAMONA JOHNSON

Book: 659   Page: 222
Pin or Map: 29-39

LR  050659222   Type: DG 3/9/2005   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, MARY E

Book: 659   Page: 222
Pin or Map: 29-39

LR  050659375   Type: CS 3/14/2005   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: JOHNSON, MARY ESTELLE

Book: 659   Page: 375
Pin or Map:

LR  050659375   Type: CS 3/14/2005   Pages: 1
Description:
File: 1  Change: 0
Name Type: Grantee
Reverse Party: JOHNSON, MARY ESTELLE

Book: 659   Page: 375
Pin or Map:

LR  050681022   Type: ASGMT 9/12/2005   Pages: 2
Description:
File: 1  Change: 0
Name Type: Grantor
Reverse Party: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

Book: 681   Page: 22
Pin or Map:

LR  060702187   Type: DCOR 3/9/2006   Pages: 2
Description:
File: 1  Change: 0                                          Book: 702  Page: 187
Name Type: Grantor                                          Pin or Map:
Reverse Party: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC

LR  080002571   Type: CS 6/23/2008   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantee                                          Pin or Map: 8C 2 104
Reverse Party: BB&T VA

LR  080002571   Type: CS 6/23/2008   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 8C 2 104
Reverse Party: BB&T VA

LR  090003066   Type: CS 9/1/2009   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantee                                          Pin or Map: 49-10B
Reverse Party: FAIRCHILD, DAVID J; TR

LR  090003066   Type: CS 9/1/2009   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 49-10B
Reverse Party: FAIRCHILD, DAVID J; TR

LR  100002907   Type: DTCL 11/3/2010   Pages: 6
Description: ROHOIC DIST LOT 104 SEC 2 WRENN FORREST SUBD
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 8C 2 104
Reverse Party: BB&T VA COLLATERAL SERVICE CORPORATION

LR  110002726   Type: DBS 10/26/2011   Pages: 3
Description: ROHOIC DIST LT 104 SEC 2 WRENN FORREST SUBD
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 8C-2-104
Reverse Party: MOORE, MICHAEL G

LR  110002895   Type: CS 11/14/2011   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 8C-2-104
Reverse Party: BB&T VA COLLATERAL SERVICE CORPORATION

LR  110002895   Type: CS 11/14/2011   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantee                                          Pin or Map: 8C-2-104
Reverse Party: BB&T VA COLLATERAL SERVICE CORPORATION

LR  120001815   Type: CS 6/28/2012   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantee                                          Pin or Map: 56-10-2
Reverse Party: JOHNSON, MARY E

LR  120001815   Type: CS 6/28/2012   Pages: 1
Description:
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 56-10-2
Reverse Party: JOHNSON, MARY E

LR  130001782   Type: DE-PL 5/30/2013   Pages: 2
Description: ROWANTY DIST
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 56-10-2
Reverse Party: SOUTHSIDE ELECTRIC COOPERATIVE

LR  130002234   Type: DG 7/3/2013   Pages: 4
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 29-39
Reverse Party: HOWARD, RAMONA JOHNSON

LR  130002234   Type: DG 7/3/2013   Pages: 4
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantee                                          Pin or Map: 29-39
Reverse Party: HOWARD, RAMONA JOHNSON

LR  130002286   Type: DE-PL 7/11/2013   Pages: 2
Description: ROWANTY DIST
File: 1  Change: 0                                          Book:   Page:
Name Type: Grantor                                          Pin or Map: 56-10-2
Reverse Party: SOUTHSIDE ELECTRIC COOPERATIVE

LR  130003526   Type: CS 10/31/2013   Pages: 3
Description: ROWANTY DIST 1.0 ACRES
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantee                                       Pin or Map: 60-67-A
Reverse Party: COMMUNITY HOME FINANCIAL SERVICES INC

LR  130003526   Type: CS 10/31/2013   Pages: 3
Description: ROWANTY DIST 1.0 ACRES
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 60-67-A
Reverse Party: COMMUNITY HOME FINANCIAL SERVICES INC

LR  150002608   Type: DG 9/16/2015   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 29-39
Reverse Party: LEGACY WEALTH PROPERTIES, LLC

LR  180001632   Type: DG 6/13/2018   Pages: 3
Description: ROWANTY DIST 6.015 ACRES LOT 2
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 56-10-2
Reverse Party: FIELDS, GLENN J

LR  190001739   Type: ST 7/17/2019   Pages: 1
Description:
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 60-67A
Reverse Party: EQUITY TRUSTEES LLC

LR  190002021   Type: ASGMT 8/8/2019   Pages: 1
Description:
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 60-67A
Reverse Party: CITIBANK NA

LR  200000137   Type: CS 1/14/2020   Pages: 1
Description:
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantee                                       Pin or Map: 56-10-2
Reverse Party: FIELDS, MARY E JOHNSON

LR  200000137   Type: CS 1/14/2020   Pages: 1
Description:
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 56-10-2
Reverse Party: FIELDS, MARY E JOHNSON

LR  200000492   Type: ASGMT 2/18/2020   Pages: 1
Description:
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 60-67A
Reverse Party: NRZ PASS THROUGH TRUST XIV

LR  200000876   Type: DTF 4/1/2020   Pages: 3
Description: ROWANTY DIST 1 ACRE
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 60-67A
Reverse Party: NRZ PASS-THROUGH TRUST XIV

LR  202102876   Type: DG 7/28/2021   Pages: 3
Description: NAMOZINE 13.3 ACRES
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantee                                       Pin or Map: 29-39
Reverse Party: LEGACY WEALTH PROPERTIES LLC

LR  202102886   Type: DCOR 7/28/2021   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantee                                       Pin or Map: 29-39
Reverse Party: LEGACY WEALTH PROPERTIES LLC

LR  202103871   Type: DG 10/8/2021   Pages: 3
Description: NAMOZINE DIST 13.3 ACRES
File: 1  Change: 0                                        Book:  Page:
Name Type: Grantor                                       Pin or Map: 29-39
Reverse Party: HOWARD, RAMONA JOHNSON

JOHNSON / ANITA
A: ∅



40 Year

Searcher ___SH___   Eff Date ___1-25-2022___
☒ Deed+ CORR        ___ POA
___ L/H: Will        ___ Aff
☒ Trust              ___ Restr/Cov
___ Asmt             ___ Esmt
___ SubTri Agree     Plat Att.
___ Mod/Agree
☒ Judg               Note(s)_____
___ Lien             Needs_____

None open please conf

CC CONF

①. Michele Anita Johnson does not appear to have been in title but appears clear in JDS.

②. doc c 155/357 is provided only to show an apparent attempt at subdividing 1 Ac off from main tract, however, this separation is not reflected in newer documents, not reflected by assessments/GIS, and the entire 13.3 Ac parcel was run for the entire search period.