## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JEROME ALAN JOHNSON | ) | Case No. 19-12437-BFK |
| and MICHELE ANITA JOHNSON, | ) | Chapter 7 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| DONALD F. KING, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding |
| | ) | No. 21-01046-BFK |
| MARY ELLA JOHNSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REQUIRING TRANSCRIPTS TO BE FILED**

It appearing necessary that the transcript of the Court's hearing held on July 19, 2022 be prepared and filed in the above case, it is,

**ORDERED:**

1. The transcript of the hearing held on July 19, 2022 in the above-captioned proceeding, be prepared and filed herein by eScribers, LLC.

2. The Court requires the transcript requested be expedited.

3. The Court requires that eScribers, LLC provide the Court with one physical hard-copy of the transcript.

4. The Clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

1

Date: Jul 19 2022

Alexandria, Virginia

/s/ Brian F Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered On Docket: Jul 19 2022

<u>Copies to</u>:

Donald F. King
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Plaintiff*

Mary Ella Johnson
8815 Colemans Lake Rd.
Ford, VA 23850
*Defendant*

Emeri M. Johnson
15338 Colonel Tansill Ct.
Woodbridge, VA 22193-5888
*Defendant*

Gabrielle A. Johnson
15338 Colonel Tansill Ct.
Woodbridge, VA 22193-5888
*Defendant*

Legacy Wealth Properties, LLC
15338 Colonel Tansill Ct.
Woodbridge, VA 22193-5888
*Defendant*

Mary Ella Johnson
3901 Price Club Blvd #101
Midlothian, VA 23112

Bradley D. Jones, Esquire
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Counsel for Plaintiff*

Scott J. Newton, Esquire
9255 Lee Avenue
Manassas, VA 20110
*Counsel for Defendants*