IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **JEROME ALAN JOHNSON** and | * | **Case No. 19-12437-BFK** |
| **MICHELE ANITA JOHNSON,** | * | Chapter 7 |
| | * | |
| Debtors. | * | |
| | * | |
| **DONALD F. KING, TRUSTEE,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Adv. Proceeding No. 21-01046-BFK** |
| | * | |
| **MARY ELLA JOHNSON**, *et al.* | * | |
| | * | |
| Defendants. | * | |
| | * | |

**FINAL ORDER AND JUDGMENT**
**ON THE CHAPTER 7 TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

The matter before the Court is the motion by the Plaintiff Donald F. King, Trustee (the "**Plaintiff**" or the "**Trustee**") for the bankruptcy estate of Jerome Alan Johnson and Michele Anita Johnson ("**Bankruptcy Estate**") for Summary Judgment, or in the Alternative Partial Summary Judgment (the "**Motion**") against the Defendants Emeri M. Johnson; Gabrielle A. Johnson; Legacy Wealth Properties, LLC; and Mary Ella Johnson (the "**Defendants**"). The Motion sought summary judgment in favor of the Trustee and against the Defendants on Count I, III, and VI of the amended complaint filed by the Trustee [Adversary Dkt. No. 50] (the "**Amended Complaint**").

---

Bradley D. Jones (VSB No. 85095)
ODIN, FELDMAN & PITTLEMAN, PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:  (703) 218-2176
Fax:     (703) 218-2160
Brad.Jones@ofplaw.com

*Counsel for the Chapter 7 Trustee*

On August 9, 2022, the Court entered Findings of Fact and Conclusions of Law pursuant to Fed. R. Bankr. P. 7052. [Adversary Dkt. No. 111]. This Order constitutes this Court's judgment pursuant to Fed. R. Bankr. P. 9021.

Pursuant to the reasons stated in this Court's Findings of Fact and Conclusions of Law, it is hereby:

1. ORDERED that the Motion of the Plaintiff, Donald F. King, Trustee is GRANTED; it is further

2. ORDERED that the Plaintiff is GRANTED SUMMARY JUDGMENT on Counts I, III, and VI of the Amended Complaint; it is further

3. ORDERED that Counts II, IV, and V of the Plaintiff's Amended Complaint are DISMISSED WITHOUT PREJUDICE; it is further.

4. ORDERED that the Court determines that, pursuant to Va. Code § 13.1-1047 and Va. Code 13.1–1023(c), Legacy Wealth Properties, LLC is to be wound-up and dissolved; it is further

5. ORDERED that the Court APPROVES the Plaintiff's Plan of Dissolution; it is further

6. ORDERED that the Clerk will mail copies of the Findings of Fact and Conclusions of Law [Adversary Dkt. No. 111] as well as this Final Order and Judgment to the parties below, or will provide CM-ECF notice of their entry.

This Order constitutes a final order and judgment of this Court. Any party wishing to appeal this Order must do so by filing a notice of appeal within fourteen (14) days of the entry of this Order in accordance with Federal Rule of Bankruptcy Procedure 8003(a).

Dated: Aug 26 2022
Alexandria, VA

/s/ Brian F Kenney
**BRIAN F. KENNEY**
**United States Bankruptcy Judge**

Entered: Aug 26 2022

2

**I ASK FOR THIS:**

**DONALD F. KING, TRUSTEE**

By:     */s/ Bradley D. Jones*
       Bradley D. Jones (VSB No. 85095)
       Counsel for Trustee
       ODIN, FELDMAN & PITTLEMAN, P.C.
       1775 Wiehle Avenue, Suite 400
       Reston, Virginia 20190
       Phone: (703) 218-2176
       Fax:    (703) 218-2160
       Brad.Jones@ofplaw.com

*Counsel to the Chapter 7 Trustee*

**SEEN AND OBJECTED TO:**

By:    */s/ Scott J. Newton*
      Scott J. Newton
      Manassas Law Group, PC
      9255 Lee Avenue
      Manassas, VA 20110
      (703) 361-8246
      Fax : 703-361-4171
      Email: newton@manassaslaw.com

*Counsel to Defendants Mary Ella Johnson,*
*Emeri M. Johnson, Gabrielle A. Johnson,*
*Legacy Wealth Properties, LLC*

**CERTIFICATION PURSUANT TO LOCAL RULE 9022-1(C)**

I HEREBY CERTIFY that a true and accurate copy of the foregoing order has been endorsed by all necessary parties.

                                        */s/ Bradley D. Jones*
                                        Bradley D. Jones

3

**PARTIES TO RECEIVE COPIES OF ENTERED ORDER**

All recipients of CM/ECF notices (via Notice of Electronic Filing)

Donald F. King, Esquire
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Plaintiff-Chapter 7 Trustee*

Bradley D. Jones, Esquire
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
*Counsel for Plaintiff*

Mary Ella Johnson
8815 Colemans Lake Rd.
Ford, VA 23850
*Defendant*

Emeri M. Johnson
15338 Colonel Tansill Ct.
Woodbridge, VA 22193
*Defendant*

Gabrielle A. Johnson
15338 Colonel Tansill Ct.
Woodbridge, VA 22193
*Defendant*

Legacy Wealth Properties, LLC
15338 Colonel Tansill Ct.
Woodbridge, VA 22193
*Defendant*

Scott J. Newton
9255 Lee Avenue
Manassas, VA 20110
*Counsel for Defendants*

#5370443v1  031070/002806